# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3383

_____

DAVID NEFORES,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, and MICHAEL
MCCORD, individually,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

William Peter Martin of Dennis, Jackson, Martin & Fontela, P.A., Tallahassee; Ashley Moody, Attorney General; Anthony Johnson, Christopher Claude Torres, and Britt Thomas, Assistant Attorneys General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, for Appellees.